UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SIEARA PATTIE MILLS ALEXANDER,   )
                                                  )
            Plaintiff,   )
                                                  )   **JUDGMENT IN A CIVIL CASE**
   v.                                                )
                                                  )   **CASE NO. 5:17-CV-362-D**
NANCY A. BERRYHILL, Acting Commissioner   )
of Social Security,   )
            Defendant.   )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. Plaintiffs motion for judgment on the pleadings [D.E. 17] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 22] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on July 16, 2018, and Copies To:**
Vaughn Stephen Clauson                      (via CM/ECF electronic notification)
Mark J. Goldenberg                           (via CM/ECF electronic notification)

DATE:                            PETER A. MOORE, JR., CLERK
July 16, 2018              (By) /s/ Nicole Briggeman
                                    Deputy Clerk